UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | ~~19~~ 20mj02880 |
| Thomas Bistritz, | |
| Defendant. | |

-------------------------------------------------------------------X

Defendant __Thomas Bistritz__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓   Initial Appearance Before a Judicial Officer

✓   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓   Bail/Detention Hearing

___   Conference Before a Judicial Officer

s/Thomas Bistritz, by the Court, w/permission
Defendant's Signature                                Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Thomas Bistritz__                                  __Edward V. Sapone__    9/10/20
Print Defendant's Name                              Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

September 10, 2020
Date                                                 ~~U.S. District Judge~~/U.S. Magistrate Judge