March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    -v-

                              ,
                              Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**TEL/VIDEOCONFERENCE**

_____-CR-_____(___) (___)

20-MAG-2880

Defendant __Thomas Bistritz__ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
        Indictment Form)

___  Preliminary Hearing on Felony Complaint

X    Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Thomas Bistritz
_____
Print Defendant's Name

_____
Defense Counsel's Signature

_____
Edward V. Sapone
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

1/8/21
Date

_____
U.S. Magistrate Judge